UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JERRONTAE MCCOMB,

    Defendant.

Case No. 3:22-cr-133

District Judge Michael J. Newman

**PRELIMINARY PRETRIAL ORDER**

Having read and considered the parties' Joint Status Report and Proposed Schedule, the Court enters the following preliminary pretrial order:

| | |
|---|---|
| Rule 16 Discovery: | 12/16/2022 |
| Substantive Motions: | 1/3/2023 |
| Final Pretrial | 1/9/2023 |
| Trial Date | 1/16/2023 |

**IT IS SO ORDERED**.

11/28/22

/s Michael J. Newman
Hon. Michael J. Newman
United States District Judge