UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JERRONTAE MCCOMB,

    Defendant.

Case No. 3:22-cr-133

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 40); AND (2) GRANTING THE JOINT MOTION FOR A CHANGE OF PLEA HEARING (Doc. No. 34)**

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Jerrontae McComb's guilty plea. Doc. No. 40. There being no objections, the Court **ADOPTS** the report and recommendation in full. The Court accepts Defendant's plea of guilty to count 3 of the superseding indictment currently pending against him and finds him guilty as charged of knowingly and intentionally possessing with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, Schedule II controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). *See* Doc. No. 40. The Court also **GRANTS** the parties' joint motion for a change of plea hearing (Doc. No. 34). The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

 April 11, 2024             s/Michael J. Newman
                           Hon. Michael J. Newman
                           United States District Judge